# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wallace, Mark S. | United States Bankruptcy Court, Central Dist. of California | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

411 West Fourth Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | 401(k) Profit Sharing Plan of Stutman, Treister & Glatt PC (self directed, otherwise no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Insolvency and Restructuring Advisors | June 6-9, 2012 | San Francisco, CA | Annual conference | Transportation, meals, lodging, 5k run, Freedom Trail historic tour |
| 2. | National Conference of Bankruptcy Judges | October 24-27, 2012 | San Diego, CA | Annual conference | Meals, lodging, 5k run |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit card | J |
| 2. | Wells Fargo Advisors | Liabilities on short sale transactions | K |
| 3. | Jefferies Bache | Liabilities on commodity and futures positions in excess of cash posted for margin | J |
| 4. | Chase Bank | Credit card | J |
| 5. | ADM Investor Services, Inc. | Liabilities on commodity and futures positions in excess of cash posted for margin | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors Money Market Fund | A | Dividend | L | T | | | | | |
| 2. WDTI units | A | Distribution | | | Sold | 09/14/12 | J | | |
| 3. US Treasury Bond | A | Interest | K | T | | | | | |
| 4. SDD units | A | Distribution | J | T | | | | | |
| 5. SRS units | A | Distribution | J | T | | | | | |
| 6. Wells Fargo Bank Deposit (x) | A | Interest | K | T | | | | | |
| 7. ABX common stock | A | Dividend | J | T | | | | | |
| 8. American Century Capital Preservation Fund | A | Dividend | K | T | | | | | |
| 9. American Century Global Gold Fund | B | Dividend | K | T | | | | | |
| 10. American Capital Capital Preservation Fund | A | Dividend | J | T | | | | | |
| 11. UBS USA Deposit Account | A | Interest | K | T | | | | | |
| 12. XOM common stock | A | Dividend | J | T | | | | | |
| 13. PWE units | A | Dividend | J | T | | | | | |
| 14. GDX units | A | Distribution | J | T | | | | | |
| 15. NLY units | B | Dividend | J | T | | | | | |
| 16. ABX common stock | A | Dividend | J | T | | | | | |
| 17. COP common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.     PSX | A | Dividend | J | T | Spinoff (from line 17) | 05/01/12 | J | | |
| 19.   ECA common stock | A | Dividend | J | T | | | | | |
| 20.   iShares Investment Grade Corporate Bond Fund | A | Distribution | | | Sold | 09/14/12 | K | C | |
| 21.   iShares TIPs Bond Fund | A | Distribution | K | T | | | | | |
| 22.   Loomis Sayles Investment Grade Bond Fund | A | Distribution | J | T | | | | | |
| 23.   US Treasury obligations | B | Interest | M | T | | | | | |
| 24.   Federated Prudent Bear Fund | A | Distribution | L | T | | | | | |
| 25.   PHYS units | | None | J | T | | | | | |
| 26.   Physical gold | | None | M | T | | | | | |
| 27.   US Double Eagle coins | | None | M | T | | | | | |
| 28.   Physical silver | | None | J | T | | | | | |
| 29.   Bank of America savings account | A | Interest | J | T | | | | | |
| 30.   Bank of America checking account | A | Interest | K | T | | | | | |
| 31.   Union Bank checking account | A | Interest | J | T | | | | | |
| 32.   Chase Bank checking account | A | Interest | J | T | | | | | |
| 33.   Chase Bank savings account | A | Interest | J | T | | | | | |
| 34.   VXX units | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SDD units | A | Distribution | J | T | | | | | |
| 36. ABX common stock | A | Dividend | J | T | | | | | |
| 37. XOM common stock | A | Dividend | J | T | | | | | |
| 38. US Treasury obligations | A | Interest | K | T | | | | | |
| 39. Federated Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 40. Vanguard Ginnie Mae Fund | A | Distribution | K | T | | | | | |
| 41. Vanguard Inflation Index Fund | A | Distribution | K | T | | | | | |
| 42. Rydex Inverse S&P5002x Strategy Fund | A | Distribution | K | T | | | | | |
| 43. American Century Capital Preservation Fund | A | Distribution | L | T | | | | | |
| 44. UBS U.S. deposit account | A | Distribution | K | T | | | | | |
| 45. US. Treasury obligations | A | Interest | K | T | Matured (part) | 08/15/12 | L | A | |
| 46. Dreyfus 100% USTreasury Money Market Fuind | A | Distribution | K | T | | | | | |
| 47. Fidelity US Treasury Money Market Fund | A | Distribution | L | T | | | | | |
| 48. Rydex US Government Money Market Fund | A | Distribution | K | T | | | | | |
| 49. Union Bank VRSA account | A | Interest | | | Closed | 07/27/12 | J | | |
| 50. US Bank Variable Rate Account | A | Interest | L | T | Buy | 07/27/12 | J | | |
| 51. Jefferies commodities trading account | A | Interest | | | Closed | 09/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ADM Investor Services | A | Distribution | K | T | Buy | 09/10/12 | K | | |
| 53. US Savings Bonds | A | Interest | K | W | | | | | |
| 54. Northwestern Mutual Life Insurance Policy | A | Dividend | K | W | | | | | |
| 55.    LQD units | B | Distribution | | | Sold | 09/14/12 | K | C | |
| 56.    CXA units | A | Distribution | J | T | | | | | |
| 57. MCD common stock | A | Dividend | | | Sold | 05/14/12 | K | B | |
| 58. U.S. Treasury obligations (x) | B | Interest | M | T | Buy | 03/27/12 | P1 | | |
| 59. | | | | | Sold (part) | 10/19/12 | O | B | |
| 60. 3 March 2012 sugar | | None | | | Sold | 10/05/11 | J | | |
| 61. | | | | | Buy | 02/24/12 | J | | |
| 62. 1 March 2012 natural gas | | None | | | Buy | 10/17/11 | J | | |
| 63. | | | | | Sold | 01/05/12 | | | |
| 64. DIA units | A | Distribution | | | Buy | 10/25/11 | K | | |
| 65. | | | | | Sold | 02/03/12 | K | A | |
| 66. 1 February 2012 crude oil | | None | | | Sold | 11/07/11 | J | | |
| 67. | | | | | Buy | 01/05/12 | J | | |
| 68. 3 September 2012 Eurodollars | | None | | | Sold | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 06/01/12 | J | | |
| 70. 2 May 2012 orange juice | | None | | | Sold | 11/23/11 | J | | |
| 71. | | | | | Buy | 04/02/12 | J | B | |
| 72. 1 March 2012 coffee | | None | | | Sold | 11/23/11 | J | | |
| 73. | | | | | Buy | 03/15/12 | J | D | |
| 74. 1 February 2012 crude oil | | None | | | Sold | 11/25/11 | J | | |
| 75. | | | | | Buy | 02/15/12 | J | | |
| 76. 3 July soybean oil | | None | | | Sold | 12/29/11 | J | D | |
| 77. | | | | | Buy | 06/13/12 | J | | |
| 78. 4 March 2012 oats | | None | | | Sold | 11/30/11 | J | | |
| 79. | | | | | Buy | 02/22/12 | J | | |
| 80. 1 March natural gas | | None | | | Buy | 12/14/11 | J | | |
| 81. | | | | | Sold | 01/05/12 | J | | |
| 82. 6 March 2012 Dollar Indexes | | None | | | Buy | 12/13/11 | J | | |
| 83. | | | | | Sold | 03/09/12 | J | | |
| 84. 2 March 2012 emini S&P | | None | | | Sold | 12/13/11 | J | | |
| 85. | | | | | Buy | 03/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 1March 2012 emini S&P | | None | | | Sold | 01/06/12 | J | | |
| 87. | | | | | Buy | 03/15/12 | J | | |
| 88. 1 May copper | | None | | | Sold | 01/12/12 | J | | |
| 89. | | | | | Buy | 05/04/12 | J | | |
| 90. 1 May Natural gas | | None | | | Buy | 01/12/12 | J | | |
| 91. | | | | | Sold | 04/20/12 | J | | |
| 92. 1 March copper | | None | | | Sold | 01/25/12 | J | | |
| 93. | | | | | Buy | 03/09/12 | J | A | |
| 94. SDD units | A | Int./Div. | J | T | Buy | 02/16/12 | J | | |
| 95. 4 July oats | | None | | | Sold | 02/22/12 | J | | |
| 96. | | | | | Buy | 05/29/12 | J | D | |
| 97. 2 June emini S&P | | None | | | Sold | 03/15/12 | J | | |
| 98. | | | | | Buy | 06/04/12 | J | D | |
| 99. 1 May copper | | None | | | Sold | 03/09/12 | J | | |
| 100. | | | | | Buy | 05/04/12 | J | B | |
| 101. 6 June Dollar index | | None | | | Buy | 03/09/12 | J | | |
| 102. | | | | | Sold | 06/05/12 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  1 July coffee | | None | | | Sold | 01/31/12 | J | | |
| 104. | | | | | Buy | 03/15/12 | J | D | |
| 105.  CHK | A | Dividend | J | T | | | | | |
| 106.  1 July bean | | None | | | Sold | 04/03/12 | J | | |
| 107. | | | | | Buy | 06/15/12 | J | B | |
| 108.  2 June emini S&P | | None | | | Sold | 04/03/12 | J | | |
| 109. | | | | | Buy | 06/15/12 | J | D | |
| 110.  PNRA | | None | | | Sold | 5/3/2012 | J | | |
| 111.  1 September natural gas | | None | | | Buy | 04/20/12 | J | | |
| 112. | | | | | Sold | 08/09/12 | J | D | |
| 113.  2 December copper | | None | | | Sold | 05/04/12 | J | | |
| 114. | | | | | Buy | 06/04/12 | K | E | |
| 115.  1 September natural gas | | None | | | Buy | 05/04/12 | J | | |
| 116. | | | | | Sold | 06/07/12 | J | | |
| 117.  CORT | A | Dividend | J | T | Buy | 05/08/12 | J | | |
| 118.  1 December coffee | | None | | | Sold | 05/14/12 | J | | |
| 119. | | | | | Buy | 06/26/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 1 June emini S&P | | None | | | Sold | 05/22/12 | J | | |
| 121. | | | | | Buy | 06/26/12 | J | A | |
| 122. 1 September natural gas | | None | | | Buy | 05/23/12 | J | | |
| 123. | | | | | Sold | 06/07/12 | J | | |
| 124. 2 December meal | | None | | | Sold | 05/30/12 | J | | |
| 125. | | | | | Buy | 08/30/12 | J | | |
| 126. 1 September natural gas | | None | | | Buy | 05/30/12 | J | | |
| 127. | | | | | Sold | 06/07/12 | J | | |
| 128. 5 December 2013 Eurodollars | | None | J | T | Sold | 06/01/12 | J | | |
| 129. 4 September emini S&P | | None | | | Sold | 06/07/12 | J | | |
| 130. | | | | | Buy | 09/14/12 | J | | |
| 131. 2 September Treasury bonds | | None | | | Sold | 06/04/12 | J | | |
| 132. | | | | | Buy | 06/05/12 | J | A | |
| 133. 7 December dollar index | | None | | | Buy | 06/05/12 | J | | |
| 134. | | | | | Sold (part) | 09/13/12 | J | | |
| 135. | | | | | Sold (part) | 09/14/12 | J | | |
| 136. 3 December oats | | None | | | Sold | 06/11/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 11/16/12 | J | | |
| 138.  1 December copper | | None | | | Sold | 06/11/12 | J | | |
| 139. | | | | | Buy | 09/14/12 | J | | |
| 140.  3 December soybean oil | | None | | | Sold | 06/13/12 | J | | |
| 141. | | | | | Buy | 09/14/12 | J | | |
| 142.  1 November soybean | | None | | | Sold | 06/15/12 | J | | |
| 143. | | | | | Buy | 08/30/12 | J | | |
| 144.  1 August gold | | None | | | Sold | 06/01/12 | J | | |
| 145. | | | | | Buy | 07/09/12 | J | B | |
| 146.  Prudent Bear Fund | A | Distribution | K | T | Buy | 06/15/12 | K | | |
| 147.  2 December meal | | None | | | Sold | 06/21/12 | J | | |
| 148. | | | | | Buy | 09/14/12 | J | | |
| 149.  1 November soybean | | None | | | Sold | 07/11/12 | J | | |
| 150. | | | | | Buy | 09/07/12 | J | | |
| 151.   PCLN | | None | | | Sold | 07/24/12 | J | | |
| 152.   NEM | A | Dividend | K | T | Buy | 08/29/12 | K | | |
| 153.  BGEIX | A | Distribution | K | T | Buy | 9/14/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 1 December mini Silver | | None | | | Buy | 09/14/12 | J | | |
| 155. | | | | | Sold | 11/28/12 | J | | |
| 156. 1 April natural gas | | None | J | T | Buy | 08/09/12 | J | | |
| 157. TBT units | | None | J | T | Buy | 09/14/12 | J | | |
| 158. SDD units | A | Distribution | J | T | Buy (add'l) | 11/02/12 | J | | |
| 159. TBTunits | A | Distribution | J | T | Buy (add'l) | 11/02/12 | J | | |
| 160. 2 March oats | | None | J | T | Sold | 11/16/12 | J | | |
| 161. 1 March dollar index | | None | J | T | Buy | 11/29/12 | J | | |
| 162. 1 April natural gas | | None | J | T | Buy | 12/11/12 | J | | |
| 163. 1 March mini Silver | | None | J | T | Buy | 11/28/12 | J | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Many of the reported transactions are short sales. In such a transaction, the sale precedes the purchase. Gain or loss is realized when the short sale is closed out by purchasing the stock or commodity that was sold short. The audit function in the software fails to take these short sales into account and therefore generates a host of misleading "error" messages. For example, if a June emini S&P contract is sold on April 10, 2012 and bought on June 1, 2021, the transaction closes out on June 1, 2012 and nothing is owned as of the close of the reporting period on December 31, 2012.

Many of the reported transactions involve commodity, currency index or stock index futures contracts. In such a transaction, there is no "purchase price" as such. Instead, the buyer (or seller) posts cash margin to secure his promise to buy or sell at maturity. The liability on futures contracts can vary from day to day based upon daily price limits regarding how much a price for the underlying commodity, currency index or stock index can rise or fall in a single day. Some contracts have no limits. Therefore, the liability theoretically could be infinite.

For open futures positions at the end of the year I have reported the unrealized gain or loss in the contract as of the close of business on December 31, 2012.

Revocable Trust #1 no longer has a beneficial interest in any assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark S. Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544